**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

Karen Jean McSweeney Quaiel, Respondent,

v.

Timothy James Quaiel, Appellant.

Appellate Case No. 2016-000765

_____

Appeal From York County
Wayne M. Creech, Family Court Judge

_____

Unpublished Opinion No. 2019-UP-009
Submitted October 1, 2018 – Filed January 4, 2019

_____

**AFFIRMED**

_____

Nicholas Daniel Mermiges, of Law Offices of Nick Mermiges, LLC, of Columbia, for Appellant.

Connie H. Payne, of Burnette & Payne, PA, of Rock Hill, and Katherine Carruth Goode, of Winnsboro, for Respondent.

_____

**PER CURIAM:**  Timothy Quaiel appeals the family court's denial of his motion to vacate the final divorce decree.  We affirm pursuant to Rule 220(b), SCACR, and the following authorities:  *Rouvet v. Rouvet*, 388 S.C. 301, 308, 696 S.E.2d 204, 207 (Ct. App. 2010) ("The decision to grant or deny a motion made pursuant to

Rule 60(b) is within the sound discretion of the trial [court]."); *id.* ("The appellate standard of review is limited to determining whether there was an abuse of discretion."); *id.* ("An abuse of discretion occurs when the order of the court is controlled by an error of law or where the order is based on factual findings that are without evidentiary support."); *King v. King*, 384 S.C. 134, 142, 681 S.E.2d 609, 614 (Ct. App. 2009) (holding issues must be raised to and ruled upon by the family court to be preserved for appellate review); *Spreeuw v. Barker*, 385 S.C. 45, 71, 682 S.E.2d 843, 856 (Ct. App. 2009) (noting a contemporaneous objection is required to preserve issues for appellate review).

**AFFIRMED.**[1]

**LOCKEMY, C.J., and THOMAS and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.